# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. State of Connecticut  Docket No.: 26-2648

Lead Counsel of Record (name/firm) or Pro se Party (name): Edward David Rowley, Assistant Attorney General

Appearance for (party/designation): State of Connecticut, Ned Lamont, William Tong, Patrick Griffin and Eliot D. Prescott.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
( ) Incorrect. Please change the following parties' designations:
Party  Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Edward David Rowley
Firm: Connecticut Office of the Attorney General
Address: 165 Capitol Avenue, Hartford, CT 06106
Telephone: 860-808-5450  Fax: 860-808-5591
Email: Edward.Rowley@ct.gov

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on February 10, 2025 OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Edward David Rowley
Type or Print Name: Edward David Rowley
OR
Signature of pro se litigant: ______
Type or Print Name: ______
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States of America

v.

State of Connecticut

**CERTIFICATE OF SERVICE***

Docket Number: 26-2648

I, Edward David Rowley, AAG, hereby certify under penalty of perjury that
(print name)

on September 23, 2026, I served a copy of Acknowledgment and Notice of Appearance
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery  X United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Conor M. Reardon | 157 Church Street | New Haven | CT | 06510 |
| Alexander Tiva Taubes | 470 James Street, Suite 007 | New Haven | CT | 06513 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

September 23, 2026
Today's Date

/s/ Edward David Rowley
Signature