# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Connecticut Docket No.: 26-2648

Lead Counsel of Record (name/firm) or Pro se Party (name): ______________________

Appearance for (party/designation): Appellee United States of America

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______________________
( ) Incorrect. Please change the following parties' designations:
Party — Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Daniel Tenny
Firm: U.S. Department of Justice
Address: 950 Pennsylvania Avenue, NW, Rm. 7215, Washington, DC 20530
Telephone: (202) 514-1838 Fax: ______
Email: daniel.tenny@usdoj.gov

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______________________

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______________________

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on __________ OR that ( ) I applied for admission on __________ or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/ Daniel Tenny
Type or Print Name: Daniel Tenny
OR
Signature of pro se litigant: ______________________
Type or Print Name: ______________________
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.