# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. State of Connecticut ____ Docket No.: 26-2648 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel Tenny

Firm: U.S. Department of Justice

Address: 950 Pennsylvania Avenue, NW, Rm 7215

Telephone: (202) 514-1838 ________________________ Fax: ____________

E-mail: daniel.tenny@usdoj.gov

**Appearance for:** Appellee United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________________)
(name/firm)

☑ Additional counsel (co-counsel with: Conor M. Reardon)
(name/firm)

☐ Amicus (in support of: ______________________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 5, 2025 OR

☐ I applied for admission on ______________________________.

Signature of Counsel: s/ Daniel Tenny

Type or Print Name: Daniel Tenny