# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

2d Cir. Docket No. 26-2648

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| CASE TITLE | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>STATE OF CONNECTICUT, et al.,<br>Defendants-Appellees,<br>SAIFULLAH KHAN,<br>Proposed Intervenor-Defendant-Appellant. | **DISTRICT**<br>District of Connecticut | **DOCKET NUMBER**<br>3:26-cv-00758-VDO |
| | **JUDGE**<br>Hon. Vernon D. Oliver | **APPELLANT**<br>Saifullah Khan (proposed intervenor-defendant) |
| | **COURT REPORTER**<br>N/A (no transcript ordered) | **COUNSEL FOR APPELLANT**<br>**Alexander T. Taubes**<br>Law Offices of Alexander T. Taubes, LLC |

**Check the applicable provision:**

☐ **I am ordering a transcript.**

☒ **I am not ordering a transcript.**

**Reason for not ordering a transcript:**

☐ **Copy is already available**

☐ **No transcribed proceedings**

☒ **Other (Specify in the space below):**

The order appealed from (ECF No. 58, Aug. 27, 2026) decided the motion to intervene on the papers; no hearing was held on that motion.

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

None. No transcript is required for this appeal.

**METHOD OF PAYMENT** ☐ **Funds** ☐ **CJA Voucher (CJA 21)**

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

N/A (no transcript ordered).

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Alexander T. Taubes | October 5, 2026 |

**COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.**

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017