# Attorney Alexander T. Taubes

470 James St., Suite 007, New Haven, CT 06513 | alextt@gmail.com | (203) 909-0048


*October 5, 2026* *By ACMS*

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** **26-2648, *United States of America v. State of Connecticut***
**Appellant Brief Scheduling Notification**

Dear Clerk of Court,

I represent Proposed Intervenor-Defendant-Appellant Saifullah Khan in 26-2648, *United States of America v. State of Connecticut*.

I write to request a due date of Friday, October 30, 2026, on which to file the Appellant's Brief.

No transcripts have been ordered for this appeal. The Form D was filed today, October 5, 2026.

Thank you for your time and attention.

Sincerely,

Alexander Taubes

Attorney Alex Taubes
*Counsel for Proposed Intervenor-Defendant-Appellant*