**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand twenty-six.

---

United States of America,

Plaintiff - Appellee,

State of Connecticut, Ned Lamont, Governor of Connecticut, in his official capacity, William Tong, Attorney General, Connecticut, in his official capacity, Patrick Griffin, Chief State's Attorney of Connecticut, in his official capacity, Eliot D. Prescott, Deputy Chief State's Attorney, Inspector General, in his official capacity,

Defendants - Appellees,

v.

Saifullah Khan,

Intervenor-Defendant-Appellant.

---

**ORDER**
Docket No. 26-2648

Counsel for Appellant Saifullah Khan has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 30, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief and appendix must be filed on or before October 30, 2026. The appeal is dismissed effective October 30, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

